AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Eugene C. Wells<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           2:18-mj-00105<br>)<br>)<br>) |

**FILED**
OCT -1 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 1, 2018__ in the county of __Kanawha__ in the
__Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a) | possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Agent Brian Roscoe, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date:  09/28/2018

_____
Judge's signature

City and state:  Charleston, WV

Dwane L. Tinsley, U.S. Magistrate Judge
Printed name and title

# A F F I D A V I T

Your affiant, DEA Special Agent Brian Roscoe, being duly sworn, according to law does dispose and say:

1. Your affiant is a Special Agent with the Drug Enforcement Administration (DEA). Your affiant is currently assigned to the DEA's Charleston, WV District Office. Your affiant has been employed as a Special Agent for approximately 19 years. Your affiant underwent 16 weeks of Basic Agent Training at the DEA Academy in Quantico, Virginia. Your affiant has conducted multiple investigations regarding street level distributors and complex drug conspiracy cases. I am experienced in the use of confidential informants and suspects regarding narcotics trafficking and the methods in which they are conducted.

2. In July 2018, the DEA Charleston District Office began an investigation into the narcotics trafficking activities of Eugene Calvin WELLS, AKA "C". On August 1, 2018, members of the DEA Charleston District Office utilized a Kanawha County Sherriff's Office confidential source, hereafter referred to as "CS", to conduct a controlled purchase of methamphetamine from WELLS.

3. On August 1, 2018, the CS made contact with Task Force Officer (TFO) Jon Vernon and DEA Special Agent Charles Tippett, and advised that a pre-arranged buy had been set up with WELLS to purchase approximately 4 ounces of methamphetamine for $3,600.00.

4. On the morning of August 1, 2018, officers established surveillance in the vicinity of Spring Street and Crescent Road in Charleston, WV, where the purchase of methamphetamine from WELLS was scheduled to take place.

5. On August 1, 2018, surveillance units observed WELLS and Miranda Dawn GRAY, AKA Miranda Dawn BRANDON arrive in the area of Spring Street and Crescent Road in a silver

Nissan rental vehicle. At this time, the CS met with WELLS and BRANDON in the vehicle. After several minutes, the CS exited the Nissan and walked away from WELLS to obtain prerecorded $3,600 buy money from officers who were waiting nearby.

6. Several minutes later, the CS walked back to the Nissan and entered the vehicle. At this time, the CS conducted the narcotics transaction with WELLS and BRANDON. The CS exited the vehicle and met with investigators, where the CS relinquished custody of approximately 2 ounces of methamphetamine. (Although the CS and WELLS had agreed that the CS would purchase 4 ounces of methamphetamine, WELLS only distributed 2 ounces to the CS due to a preexisting debt the CS owed to WELLS.) Surveillance units observed WELLS and BRANDON depart the area.

7. Investigators then debriefed the CS who stated that WELLS only provided half of the methamphetamine (that is, two of the four ounces WELLS agreed to sell to the CS), but would provide the additional 2 ounces of methamphetamine later. During this transaction, while still inside the vehicle WELLS accepted the purchase money, and BRANDON assisted WELLS in packaging and preparing the methamphetamine to distribute to the CS.

8. On the afternoon of August 1, 2018, the CS contacted TFO Vernon and advised that WELLS wanted to meet the CS regarding the additional 2 ounces of methamphetamine. Surveillance was established in the area of Spring Street and Crescent Road in anticipation of WELLS' arrival. While conducting surveillance, agents and officers observed WELLS arrive in the Nissan vehicle and park. Surveillance then observed WELLS meet with the CS.

9. The CS gave WELLS $1,800.00 of prerecorded buy money for the additional 2 ounces of methamphetamine. Surveillance units then observed WELLS depart the area. After

WELLS departed, investigators debriefed the CS regarding the meeting. The CS related that WELLS took the buy money and would get the CS "dope" at a later time on the same date.

10. On the evening of August 1, 2018, the CS contacted TFO Vernon and advised that WELLS had made contact with the CS and said he would meet the CS. The CS advised that WELLS instructed the CS to go to the McDonald's located on Patrick Street in Charleston, WV. Officers established surveillance at the McDonalds located on Patrick Street. While conducting surveillance, agents and officers observed WELLS arrive in the parking lot in the silver Nissan rental vehicle, along with a Chevrolet Uplander driven by an older black female, later identified as Sherry GRAY AKA "Aunty". At this time the CS met WELLS and the CS entered the Chevrolet Uplander with GRAY. The CS advised that during this meeting, Sherry GRAY distributed approximately 2 ounces of methamphetamine to the CS.

11. The methamphetamine WELLS, BRANDON, and GRAY distributed to the CS on August 1, 2018, field-tested positive for methamphetamine. On September 28, 2018, DEA agents and other officers executed a search warrant at 1100 Ferguson Avenue, Charleston, West Virginia. WELLS, BRANDON, and GRAY were the only individuals present at that residence when the warrant was executed. During the execution of the warrant, officers recovered approximately 600 grams of suspected fentanyl (including its packaging) and approximately 700 grams of heroin (including packaging), and approximately 547 grams of methamphetamine (including packaging). The suspected fentanyl field-tested positive for fentanyl; the suspected heroin field-tested positive for heroin; and the suspected methamphetamine field tested positive for methamphetamine.

12. Methamphetamine is a schedule II controlled substance; heron and fentanyl are schedule I controlled substances.

13. Based upon the above-stated information, probable cause exists that WELLS committed a violation of Title 21, United States Code, Section 841(a) on or about August 1 and September 28, 2018, within the Southern District of West Virginia.

WHEREFORE, the affiant requests the issuance of an arrest warrant for WELLS.

Further, the affiant sayeth not,

_____
Special Agent Brian Roscoe
Drug Enforcement Administration


Sworn to before me, and subscribed in my presence, this 28th day of September, 2018.

_____
DWANE L. TINSLEY
United States Magistrate Judge